# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FEELEY, WILLIAM P. § Case No. 16-34623
FEELEY, MARY ALICE §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2016 . The undersigned trustee was appointed on 10/31/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   14,120.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 1,412.00 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 3,670.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 9,028.00 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/03/2017 and the deadline for filing governmental claims was 05/01/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,795.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,795.00 , for a total compensation of $ 1,795.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.49 , for total expenses of $ 7.49 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/20/2017                 By: /s/GINA B. KROL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-34623   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FEELEY, WILLIAM P. | Date Filed (f) or Converted (c): | 10/31/16 (f) |
|  | FEELEY, MARY ALICE | 341(a) Meeting Date: | 11/29/16 |
| For Period Ending: | 06/20/17 | Claims Bar Date: | 03/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 |  | 0.00 | FA |
| 2. TVS AND COMPUTERS | 300.00 | 0.00 |  | 0.00 | FA |
| 3. BOOKS, PICTURES, AND CD'S - CO-DEBTOR HAS 25 COINS | 250.00 | 0.00 |  | 0.00 | FA |
| 4. WEARING APPAREL | 400.00 | 0.00 |  | 0.00 | FA |
| 5. CO-DEBTOR'S - 2 ENGAGEMENT RINGS, 1 INHERITED WEDD | 2,500.00 | 0.00 |  | 0.00 | FA |
| 6. CASH ON HAND | 30.00 | 0.00 |  | 0.00 | FA |
| 7. CHECKING ACCOUNT WITH HARRIS BANK | 5.00 | 0.00 |  | 0.00 | FA |
| 8. CHECKING ACCOUNT WITH CHASE BANK | 150.00 | 0.00 |  | 0.00 | FA |
| 9. PENSION / RETIREMENT PLAN THROUGH EMPLOYER -100% E | Unknown | 0.00 |  | 0.00 | FA |
| 10. SECURITY DEPOSIT WITH LANDLORD - $1290.00 | 0.00 | 0.00 |  | 0.00 | FA |
| 11. DEBTOR AND DEBTOR'S SON PURCHASED LIFE TIME BEARS | 8,750.00 | 0.00 |  | 14,000.00 | FA |
| 12. Tickets - Bears vs Redskins (u) SOLD TO DEBTOR FOR A REDUCTION OF EXEMPTION AGAINST PERMANENT SEAT LICENSE.  EXEMPTION NOW $3,670.00 | 0.00 | 0.00 |  | 0.00 | FA |
| 13. Tickets - Bears v Packers (u) | 120.00 | 0.00 |  | 120.00 | FA |
| TOTALS (Excluding Unknown Values) | $13,305.00 | $0.00 |  | $14,120.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold Bears seat license and tickets; funds received; check cut to debtor for claimed exemption on 5/30/17; upon
clearance TFR to follow June 08, 2017, 09:21 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 16-34623    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | FEELEY, WILLIAM P. | Date Filed (f) or Converted (c): | 10/31/16 (f) |
| | FEELEY, MARY ALICE | 341(a) Meeting Date: | 11/29/16 |
| | | Claims Bar Date: | 03/03/17 |

Initial Projected Date of Final Report (TFR): 12/31/17      Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 16-34623 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FEELEY, WILLIAM P. | | Bank Name: | ASSOCIATED BANK |
| | FEELEY, MARY ALICE | | Account Number / CD #: | *******7970  Checking Account |
| Taxpayer ID No: | *******4409 | | | |
| For Period Ending: | 06/20/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/17 | | STUB HUB<br>2 GATEWAY BLVD<br>EAST GRANBY, CT 06026 | | | 108.00 | | 108.00 |
| | 13 | STUB HUB | Memo Amount:         120.00<br>sale of bears tickets | 1229-000 | | | |
| | | STUB HUB | Memo Amount:    (     12.00 )<br>listing/sale fee of 10%  to Stub Hu | 2990-000 | | | |
| 05/24/17 | | STR MARKETPLACE, LLC<br>550 WESTCOTT STREET, STE 500<br>HOUSTON, TX  77007 | | | 12,600.00 | | 12,708.00 |
| | 11 | STR MARKETPLACE, LLC | Memo Amount:      14,000.00<br>SALE OF LICENSE | 1129-000 | | | |
| | | STR MARKET PLACE, LLC | Memo Amount:    (  1,400.00 )<br>MARKET PLACE TRANSACTION FEE | 2990-000 | | | |
| 05/30/17 | 030001 | WILLIAM & MARY FEELEY<br>C/O JOSEPH DOYLE<br>105 S. ROSELLE ROAD, STE 203<br>SCHAUMBURG, IL 60193 | | 8100-000 | | 3,670.00 | 9,038.00 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,028.00 |

Page Subtotals         12,708.00         3,680.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 16-34623 -JSB |
| Case Name: | FEELEY, WILLIAM P. |
| | FEELEY, MARY ALICE |
| Taxpayer ID No: | *******4409 |
| For Period Ending: | 06/20/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7970  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 14,120.00 | COLUMN TOTALS | 12,708.00 | 3,680.00 | 9,028.00 |
| Memo Allocation Disbursements: | 1,412.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 12,708.00 | 3,680.00 | |
| Memo Allocation Net: | 12,708.00 | Less: Payments to Debtors | | 3,670.00 | |
| | | Net | 12,708.00 | 10.00 | |

| | | | | |
|---|---|---|---|---|
| Total Allocation Receipts: | 14,120.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 1,412.00 | Checking Account - ********7970 | 12,708.00 | 10.00 | 9,028.00 |
| Total Memo Allocation Net: | 12,708.00 | | 12,708.00 | 10.00 | 9,028.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 20, 2017 |

Case Number: 16-34623  
Debtor Name: FEELEY, WILLIAM P.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001 2100-00 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,802.49 | $0.00 | $1,802.49 |
| ADMIN 001 3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $1,680.72 | $0.00 | $1,680.72 |
| 000001 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $881.92 | $0.00 | $881.92 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,872.15 | $0.00 | $1,872.15 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,238.69 | $0.00 | $5,238.69 |
| 000004 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $351.55 | $0.00 | $351.55 |
| 000005 070 7100-00 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $16,587.02 | $0.00 | $16,587.02 |
| 000006 070 7100-00 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | | $3,115.31 | $0.00 | $3,115.31 |
| 000007 070 7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | | $376.00 | $0.00 | $376.00 |
| | Case Totals: | | | $31,905.85 | $0.00 | $31,905.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-34623  
Case Name: FEELEY, WILLIAM P.  
         FEELEY, MARY ALICE  
Trustee Name: GINA B. KROL  

Balance on hand   $   9,028.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,795.00 | $ 0.00 | $ 1,795.00 |
| Trustee Expenses: GINA B. KROL | $ 7.49 | $ 0.00 | $ 7.49 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,658.25 | $ 0.00 | $ 1,658.25 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 22.47 | $ 0.00 | $ 22.47 |

Total to be paid for chapter 7 administrative expenses   $   3,483.21  
Remaining Balance   $   5,544.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,422.64  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 881.92 | $ 0.00 | $ 172.05 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,872.15 | $ 0.00 | $ 365.23 |
| 000003 | Capital One Bank (USA), N.A. | $ 5,238.69 | $ 0.00 | $ 1,021.98 |
| 000004 | Quantum3 Group LLC as agent for | $ 351.55 | $ 0.00 | $ 68.58 |
| 000005 | Toyota Motor Credit Corporation | $ 16,587.02 | $ 0.00 | $ 3,235.86 |
| 000006 | Department Store National Bank | $ 3,115.31 | $ 0.00 | $ 607.74 |
| 000007 | Synchrony Bank | $ 376.00 | $ 0.00 | $ 73.35 |

Total to be paid to timely general unsecured creditors        $        5,544.79

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE