# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FEELEY, WILLIAM P. | § | Case No. 16-34623 JSB |
| FEELEY, MARY ALICE | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 150.00 *(Without deducting any secured claims)* | Assets Exempt: 7,955.00 |
| Total Distributions to Claimants: 5,544.79 | Claims Discharged Without Payment: 84,597.64 |
| Total Expenses of Administration: 4,905.21 | |

    3) Total gross receipts of $ 14,120.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,670.00 (see **Exhibit 2**), yielded net receipts of $ 10,450.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,905.21 | 4,905.21 | 4,905.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,719.79 | 28,422.64 | 28,422.64 | 5,544.79 |
| **TOTAL DISBURSEMENTS** | $ 61,719.79 | $ 33,327.85 | $ 33,327.85 | $ 10,450.00 |

4) This case was originally filed under chapter 7 on 10/31/2016 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2017          By: /s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEBTOR AND DEBTOR'S SON PURCHASED LIFE TIME BEARS | 1129-000 | 14,000.00 |
| Tickets - Bears v Packers | 1229-000 | 120.00 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,120.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM & MARY FEELEY | Exemptions | 8100-000 | 3,670.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,670.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 1,795.00 | 1,795.00 | 1,795.00 |
| KROL, GINA B. | 2200-000 | NA | 7.49 | 7.49 | 7.49 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| STR MARKET PLACE, LLC | 2990-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| STUB HUB | 2990-000 | NA | 12.00 | 12.00 | 12.00 |
| COHEN & KROL | 3110-000 | NA | 1,120.48 | 1,120.48 | 1,120.48 |
| GINA B. KROL | 3110-000 | NA | 560.24 | 560.24 | 560.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,905.21 | $ 4,905.21 | $ 4,905.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | 3,115.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 17,830.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 13,402.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Po Box 8803 Wilmington, DE 19899 | | 2,426.00 | NA | NA | 0.00 |
| | Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238 | | 881.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238 | | 5,238.00 | NA | NA | 0.00 |
| | Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238 | | 1,796.00 | NA | NA | 0.00 |
| | ChexSystems ATTN: Bankruptcy Department 7805 Hudson Rd. Suite 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | 307.00 | NA | NA | 0.00 |
| | FNBC Bank & Trust 620 W. Burlington Avenue La Grange, IL 60525 | | 2,216.79 | NA | NA | 0.00 |
| | Philips, Cohen & Associates 1002 Justison St. Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| | Syncb/amazon Plcc Po Box 965015 Orlando, FL 32896 | | 333.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit Co 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | 14,175.00 | NA | NA | 0.00 |
| | Us Bancorp Po Box 5227 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |
| | Wfds/wds Po Box 1697 Winterville, NC 28590 | | 0.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 881.92 | 881.92 | 172.05 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 1,872.15 | 1,872.15 | 365.23 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 5,238.69 | 5,238.69 | 1,021.98 |
| 000006 | DEPARTMENT STORE NATIONAL BANK | 7100-900 | NA | 3,115.31 | 3,115.31 | 607.74 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | NA | 351.55 | 351.55 | 68.58 |
| 000007 | SYNCHRONY BANK | 7100-900 | NA | 376.00 | 376.00 | 73.35 |
| 000005 | TOYOTA MOTOR CREDIT CORPORATION | 7100-900 | NA | 16,587.02 | 16,587.02 | 3,235.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 61,719.79 | $ 28,422.64 | $ 28,422.64 | $ 5,544.79 |

Case 16-34623 Doc 30 Filed 09/11/17 Entered 09/11/17 14:56:29 Desc Main
Document Page 9 of 15

FORM 1

Page: 1

Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-34623 JSB Judge: JANET S. BAER | | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FEELEY, WILLIAM P. | | | Date Filed (f) or Converted (c): | 10/31/16 (f) |
| | FEELEY, MARY ALICE | | | 341(a) Meeting Date: | 11/29/16 |
| For Period Ending: | 08/23/17 | | | Claims Bar Date: | 03/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 2. TVS AND COMPUTERS | 300.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS, PICTURES, AND CD'S - CO-DEBTOR HAS 25 COINS | 250.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 5. CO-DEBTOR'S - 2 ENGAGEMENT RINGS, 1 INHERITED WEDD | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT WITH HARRIS BANK | 5.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT WITH CHASE BANK | 150.00 | 0.00 | | 0.00 | FA |
| 9. PENSION / RETIREMENT PLAN THROUGH EMPLOYER -100% E | Unknown | 0.00 | | 0.00 | FA |
| 10. SECURITY DEPOSIT WITH LANDLORD - $1290.00 | 0.00 | 0.00 | | 0.00 | FA |
| 11. DEBTOR AND DEBTOR'S SON PURCHASED LIFE TIME BEARS | 8,750.00 | 0.00 | | 14,000.00 | FA |
| 12. Tickets - Bears vs Redskins (u) SOLD TO DEBTOR FOR A REDUCTION OF EXEMPTION AGAINST PERMANENT SEAT LICENSE. EXEMPTION NOW $3,670.00 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Tickets - Bears v Packers (u) | 120.00 | 0.00 | | 120.00 | FA |
| 14. Deposit in Error (u) | 0.00 | 300.00 | | 0.00 | 300.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $13,305.00 | $300.00 | | $14,120.00 | $300.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for review June 21, 2017, 01:59 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 16-34623   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | FEELEY, WILLIAM P. | Date Filed (f) or Converted (c): | 10/31/16 (f) |
| | FEELEY, MARY ALICE | 341(a) Meeting Date: | 11/29/16 |
| | | Claims Bar Date: | 03/03/17 |

Sold Bears seat license and tickets; funds received; check cut to debtor for claimed exemption on 5/30/17; upon clearance TFR to follow June 08, 2017, 09:21 am

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

/s/   GINA B. KROL
_____   Date: 08/23/17
  GINA B. KROL

FORM 2 Page: 1
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| | |
|---|---|
| Case No: | 16-34623 -JSB |
| Case Name: | FEELEY, WILLIAM P. |
| | FEELEY, MARY ALICE |
| Taxpayer ID No: | *******4409 |
| For Period Ending: | 08/23/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7970 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/17 | | STUB HUB<br>2 GATEWAY BLVD<br>EAST GRANBY, CT 06026 | | | 108.00 | | 108.00 |
| | 13 | STUB HUB | Memo Amount: 120.00<br>sale of bears tickets | 1229-000 | | | |
| | | STUB HUB | Memo Amount: ( 12.00 )<br>listing/sale fee of 10% to Stub Hu | 2990-000 | | | |
| 05/24/17 | | STR MARKETPLACE, LLC<br>550 WESTCOTT STREET, STE 500<br>HOUSTON, TX 77007 | | | 12,600.00 | | 12,708.00 |
| | 11 | STR MARKETPLACE, LLC | Memo Amount: 14,000.00<br>SALE OF LICENSE | 1129-000 | | | |
| | | STR MARKET PLACE, LLC | Memo Amount: ( 1,400.00 )<br>MARKET PLACE TRANSACTION FEE | 2990-000 | | | |
| 05/30/17 | 030001 | WILLIAM & MARY FEELEY<br>C/O JOSEPH DOYLE<br>105 S. ROSELLE ROAD, STE 203<br>SCHAUMBURG, IL 60193 | | 8100-000 | | 3,670.00 | 9,038.00 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,028.00 |
| 07/20/17 | 030002 | The Estate of Frederick Olsen | Check was deposited in error | 1280-000 | -300.00 | | 8,728.00 |
| 07/20/17 | | Estate of Frederick Olsen | | 1280-000 | 300.00 | | 9,028.00 |
| 07/21/17 | 030003 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,802.49 | 7,225.51 |
| | | | Fees 1,795.00 | 2100-000 | | | |
| | | | Expenses 7.49 | 2200-000 | | | |
| 07/21/17 | 030004 | Gina B. Krol | Final Distribution | 3110-000 | | 560.24 | 6,665.27 |
| | | | Page Subtotals | | 12,708.00 | 6,042.73 | |

Ver: 20.00d

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-34623 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FEELEY, WILLIAM P. | | Bank Name: | ASSOCIATED BANK |
| | FEELEY, MARY ALICE | | Account Number / CD #: | *******7970  Checking Account |
| Taxpayer ID No: | *******4409 | | | |
| For Period Ending: | 08/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/17 | 030005 | 105 W. Madison St., Ste. 1100<br>Chicago, IL 60602<br>Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney For Trustee<br><br>Final Distribution | 3110-000 | | 1,120.48 | 5,544.79 |
| * 07/21/17 | 030006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-903 | | 162.74 | 5,382.05 |
| * 07/21/17 | 030007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-903 | | 345.47 | 5,036.58 |
| * 07/21/17 | 030008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-903 | | 966.69 | 4,069.89 |
| * 07/21/17 | 030009 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(4-1) Money Loaned | 7100-903 | | 64.87 | 4,005.02 |
| * 07/21/17 | 030010 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution<br>(5-1) Motor vehicle lease | 7100-903 | | 3,060.78 | 944.24 |
| * 07/21/17 | 030011 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Final Distribution<br>(6-1) Money Loaned | 7100-903 | | 574.86 | 369.38 |
| * 07/21/17 | 030012 | Synchrony Bank<br>c/o PRA Receivables Management, LLC | Final Distribution<br>(7-1) Amazon.com Store Card or GEMB | 7100-903 | | 69.38 | 300.00 |
| | | | Page Subtotals | | 0.00 | 6,365.27 | |

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-34623 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | FEELEY, WILLIAM P. | | Bank Name: | ASSOCIATED BANK |
| | FEELEY, MARY ALICE | | Account Number / CD #: | *******7970 Checking Account |
| Taxpayer ID No: | *******4409 | | | |
| For Period Ending: | 08/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 41021 | or GECRB | | | | |
| | | Norfolk VA 23541 | | | | | |
| * 07/26/17 | 030006 | Capital One Bank (USA), N.A. | Final Distribution | 7100-903 | | -162.74 | 462.74 |
| | | PO Box 71083 | Incorrect Amount | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| * 07/26/17 | 030007 | Capital One Bank (USA), N.A. | Final Distribution | 7100-903 | | -345.47 | 808.21 |
| | | PO Box 71083 | Incorrect Amount | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| * 07/26/17 | 030008 | Capital One Bank (USA), N.A. | Final Distribution | 7100-903 | | -966.69 | 1,774.90 |
| | | PO Box 71083 | Incorrect Amount | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| * 07/26/17 | 030009 | Quantum3 Group LLC as agent for | Final Distribution | 7100-903 | | -64.87 | 1,839.77 |
| | | Comenity Bank | Incorrect Amount | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| * 07/26/17 | 030010 | Toyota Motor Credit Corporation | Final Distribution | 7100-903 | | -3,060.78 | 4,900.55 |
| | | c/o Becket and Lee LLP | Incorrect Amount | | | | |
| | | PO Box 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| * 07/26/17 | 030011 | Department Store National Bank | Final Distribution | 7100-903 | | -574.86 | 5,475.41 |
| | | c/o Quantum3 Group LLC | Incorrect Amount | | | | |
| | | PO Box 657 | | | | | |
| | | Kirkland, WA 98083-0657 | | | | | |
| * 07/26/17 | 030012 | Synchrony Bank | Final Distribution | 7100-903 | | -69.38 | 5,544.79 |
| | | c/o PRA Receivables Management, LLC | Incorrect Amount | | | | |
| | | PO Box 41021 | | | | | |
| | | Norfolk VA 23541 | | | | | |
| 07/26/17 | 030013 | Capital One Bank (USA), N.A. | Final Distribution | 7100-900 | | 172.05 | 5,372.74 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |

Page Subtotals        0.00        -5,072.74

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-34623 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FEELEY, WILLIAM P. | Bank Name: | ASSOCIATED BANK |
| | FEELEY, MARY ALICE | Account Number / CD #: | *******7970  Checking Account |
| Taxpayer ID No: | *******4409 | | |
| For Period Ending: | 08/23/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/26/17 | 030014 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 365.23 | 5,007.51 |
| 07/26/17 | 030015 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 1,021.98 | 3,985.53 |
| 07/26/17 | 030016 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(4-1) Money Loaned | 7100-900 | | 68.58 | 3,916.95 |
| 07/26/17 | 030017 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution<br>(5-1) Motor vehicle lease | 7100-900 | | 3,235.86 | 681.09 |
| 07/26/17 | 030018 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Final Distribution<br>(6-1) Money Loaned | 7100-900 | | 607.74 | 73.35 |
| 07/26/17 | 030019 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Final Distribution<br>(7-1) Amazon.com Store Card or GEMB<br>or GECRB | 7100-900 | | 73.35 | 0.00 |

Page Subtotals     0.00     5,372.74

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page: 5

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-34623 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FEELEY, WILLIAM P. | | Bank Name: | ASSOCIATED BANK |
| | FEELEY, MARY ALICE | | Account Number / CD #: | *******7970  Checking Account |
| Taxpayer ID No: | *******4409 | | | |
| For Period Ending: | 08/23/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 14,120.00 | COLUMN TOTALS | | 12,708.00 | 12,708.00 | 0.00 |
| | | Memo Allocation Disbursements: | 1,412.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | | Subtotal | | 12,708.00 | 12,708.00 | |
| | | Memo Allocation Net: | 12,708.00 | Less: Payments to Debtors | | | 3,670.00 | |
| | | | | Net | | 12,708.00 | 9,038.00 | |
| | | Total Allocation Receipts: | 14,120.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 1,412.00 | Checking Account - ********7970 | 12,708.00 | 9,038.00 | 0.00 |
| | | Total Memo Allocation Net: | 12,708.00 | | 12,708.00 | 9,038.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00d

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 15)*